IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIN SANDERS, individually and on behalf of all others similarly situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE HILLSHIRE BRANDS COMPANY,  )<br>Defendant.  ) | Case No. 3:21-cv-01155<br><br>Hon. Staci M. Yandle |

## NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT THE HILLSHIRE BRANDS COMPANY

PLEASE TAKE NOTICE that defendant The Hillshire Brands Company ("Hillshire") will and hereby does move the Court for an order permitting C. Mitchell Hendy to withdraw as counsel for defendant. This motion is based on this Notice of Motion and Motion, and any other written and oral argument that may be presented to the Court.

Dated: July 26, 2022              Respectfully submitted,

MAYER BROWN LLP

/s/ *C. Mitchell Hendy*
C. Mitchell Hendy (*pro hac vice*)
*mhendy@mayerbrown.com*
Mayer Brown LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Tel: (213) 229-9500
Fax: (213) 576-8185

*Attorneys for Defendant*
*The Hillshire Brands Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIN SANDERS, individually and on behalf of all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> THE HILLSHIRE BRANDS COMPANY, </br>    Defendant. | ) </br> ) </br> ) Case No. 3:21-cv-01155 </br> ) </br> ) Hon. Staci M. Yandle </br> ) </br> ) </br> ) </br> ) |

**MOTION TO WITHDRAW**

Defendant The Hillshire Brands Company ("Defendant"), by its attorneys, respectfully requests leave to withdraw the appearance of one of its counsel, C. Mitchell Hendy. In support of this Motion, Defendant states as follows:

1. The Hillshire Brand Company is currently represented in this matter by attorneys Dale J. Giali and Keri E. Borders of King & Spalding LLP. All have filed appearances in this case.

2. C. Mitchell Hendy's presence is not required in light of the continued representation of Defendant by the other counsel identified above. For this reason, and to eliminate unnecessary expense, Defendant asks that Mr. Hendy be granted leave to withdraw his appearance in this matter.

3. If the Motion is granted, Mr. Hendy requests that his name be removed from the electronic service list.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant this Motion and issue an order permitting the withdrawal of C. Mitchell Hendy's appearance in this case.

Dated: July 26, 2022	Respectfully submitted,

MAYER BROWN LLP

/s/ *C. Mitchell Hendy*
C. Mitchell Hendy (*pro hac vice*)
*mhendy@mayerbrown.com*
Mayer Brown LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Tel: (213) 229-9500
Fax: (213) 576-8185

*Attorneys for Defendant*
*The Hillshire Brands Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2022, I electronically filed **Notice of Motion and Motion to Withdraw as Counsel for Defendant The Hillshire Brands Company** with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following ECF registrants:

Spencer I. Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd, Suite 409
Great Neck, NY 11021-3104
Email: spencer@spencersheehan.com
**Attorney for Plaintiff**

Dale J. Giali
Keri E. Borders
King & Spalding LLP
633 W. Fifth Street Suite 1600
Los Angeles, CA 90071
Email: dgiali@sklaw.com
kborders@kslaw.com
**Attorneys for Defendant**

MAYER BROWN LLP

*/s/ C. Mitchell Hendy*
C. Mitchell Hendy (*pro hac vice*)
mhendy@mayerbrown.com
Mayer Brown LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Tel: (213) 229-9500
Fax: (213) 576-8185