UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| Erin Sanders, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          - against -<br><br>The Hillshire Brands Company,<br><br>                    Defendant | 3:21-cv-01155<br><br><br><br>Stipulation of Dismissal<br>With Prejudice |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Erin Sanders and Defendant The Hillshire Brands Company, through their undersigned counsel, hereby stipulate and agree that this proceeding is dismissed, in its entirety, with prejudice, each party bearing its own fees and costs.

Dated:   November 22, 2022

| | |
|---|---|
| Sheehan & Associates, P.C. | King & Spalding LLP |
| /s/ Spencer Sheehan | /s/ Keri E. Borders |
| Spencer Sheehan<br>60 Cuttermill Rd Ste 412<br>Great Neck NY 11021<br>(516) 268-7080<br>spencer@spencersheehan.com | Keri E. Borders<br>633 W 5th St Ste 1600<br>Los Angeles CA 90071<br>(213) 443-4355<br>kborders@kslaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## Certificate of Service

I certify that on November 22, 2022, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan  
Spencer Sheehan