# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIN SANDERS, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 21-cv-1155-SMY |
| vs. | ) ) ) |
| THE HILLSHIRE BRANDS COMPANY, | ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, Plaintiff's claims against the Defendant are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

DATED:  November 23, 2022

MONICA STUMP,
Clerk of Court

By: s/ Stacie Hurst, Deputy Clerk

Approved:

*(signature)*

**STACI M. YANDLE**
**United States District Judge**